# EXHIBIT A

## SWAROVSKI JEWELRY TRADEMARK REGISTRATIONS

| Trademark | Serial No.<br>File Date | Registration No.<br>Registration Date | Goods (Class 14) |
|---|---|---|---|
| **SWAROVSKI** | 72-339779<br>10/6/1969 | 934915<br>5/30/1972 | natural and imitation jewelry, cut and uncut semi-precious stones, beads for stringing into necklaces, or for attaching to fabrics for decorative purposes, of glass or synthetic materials, base stones, clusters of crystal or synthetic stones in the form of roses for decorative use on covering fabrics or garments, jeweled buttons for garments, crosses, jewels set in synthetic resins provided with a rivet-like appendage, or with glued-on rivet like metal pieces for decorative purposes on fabrics or garments, pendants set or loose, pierced or unpierced, jewel ornamented souvenir articles, jewel ornamented ribbon or tape for decorative purposes for garments or home furnishings |
| **SWAROVSKI IMPERIAL DIAMOND** | 78-064958<br>5/22/2001 | 2752863<br>8/19/2003 | precious stones; jewelry |
| **SWAROVSKI** | 73-741321<br>7/21/1988 | 1739479<br>12/15/1992 | genuine and artificial gemstones, jewelry |