EXHIBIT B


NEW
Swarovski
Crystals
at Walgreens!
DORA
FRAGRANCE-FREE
brand cosmetics
Buy 1 Get 1
50% Off
Dora Cosmetics
SALE!
2/5.98 to 2/22.48
*Must be of same price
ALMAY
Buy 1 Get 1
FREE* *Of equal or lesser price
Our Entire Line of
Almay Eye Products
Reg. 4.99 to 7.99
Sally Hansen
Sally Hansen
• Diamond Lip Treatm
• Diamond Strength N
For more great values shop Walgreens.com 13