EXHIBIT C

