EXHIBIT D

DRUG STORE NEWS LOOKING FOR THE BEST CA
THE BEST ONLINE RECRUITING CALL 212 756 5152 EMAIL tper

DRUG STORE NEWS®





SHOW REPORT
NACDS MARKETPLACE
Sponsored by

Caregiver expo
Sept. 30, 2006
Penn Plaza Pavilion, NYC

DRUG STORE NEWS

Continuing Education
sponsored by AstraZeneca
life inspiring ideas

GENERAL MERCHANDISE

## Walgreens to launch Swarovski crystal jewelry line

Email | Print | Reply to Editor

DEERFIELD, Ill. - October 5 - DEERFIELD, Ill. Walgreens, the nation's largest drug store chain, said this morning that it will roll out an exclusive Swarovski crystal jewelry line, called the Pure Allure Crystal Collection, in 5,400 of its U.S. and Puerto Rico stores this month. featuring world-renowned Swarovski crystals.

The line was developed exclusively for Walgreens by the Los Angeles-based Robertson Schwartz Agency. The collection debuts in this month with its 36 core classic styles, which will be available year-round. The classics, priced between $5.99 and $14.99, feature Swarovski crystal earrings, birthstone necklaces, pendants, pins and multi-hued crystal hair accessories. Every six weeks to eight weeks, new groupings will arrive incorporating seasonal themes and the latest from-the-runway trends. Prices for these seasonal pieces range from $14.99 to $39.99.

"This is an exciting launch for Walgreens," said divisional merchandise manager for Walgreens fashion Cheryl Schultz. "This line taps into the evolving needs of today's female shopper. She is both fashion and price-savvy. She wants to look like a million bucks while spending considerably less. With the introduction of the Pure Allure line exclusively at Walgreens, the elegance, glamour and prestige of Swarovski is more accessible and attainable than ever before."

Walgreens said that the new jewelry collection will be strategically located adjacent to the beauty departments in upscale displays enhanced with visual imaging and mirrors. Small jewelry outposts located throughout the beauty departments underscore the collection's accessibility. Trained in-store beauty advisers will assist customers with all aspects of the collection.

More **GENERAL MERCHANDISE** Headlines

**Wednesday**, October 4
- Longs expands Snapfish features

**Tuesday**, October 3
- WAG continues to add ink refill service

See yc
Tar
Phar
Pharmac
Phar
Area Pharm



See you

