# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SWAROVSKI AKTIENGESELLSCHAFT and SWAROVSKI NORTH AMERICA LIMITED,<br>Plaintiffs<br>v.<br><br>WALGREEN CO. and WALGREEN EASTERN CO., INC.,<br>Defendants | C.A. No. 06-473 S |

## NOTICE OF DISMISSAL WITH PREJUDICE

Now come the Plaintiffs and, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismiss the above-captioned action without prejudice.

SWAROVSKI AKTIENGESELLSCHAFT and SWAROVSKI NORTH AMERICA LIMITED

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Michael A. Gamboli
Michael A. Gamboli (#4684)
Robert K. Taylor (#6514)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 (FAX)

Of Counsel:

Roberta Horton, Esq.
Catherine Rowland, Esq.
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5161
(202) 942-5999 FAX